**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**M. CLAUDIA GAROFALO**                                **CIVIL ACTION**

**VERSUS**                                              **NO. 22-3613**

**BAYONA CORPORATION, ET AL.**                          **SECTION "B"(1)**

**ORDER AND REASONS**

Considering plaintiff's motion for extension of deadlines to complete service on defendant L. John Arbizzani (Rec. Doc. 7),

Federal Rule of Civil Procedure 4(m) provides the Court "must extend the time for service for an appropriate period" if plaintiff shows good cause for failing to serve a defendant within ninety (90) days after a complaint is filed. The Fifth Circuit has also clarified that "some showing of good faith . . . and [a] reasonable basis for noncompliance within the time specified is necessary to show good cause." *McDonald v. United States*, 898 F.2d 466, 467–68 (5th Cir. 1990) (quoting *Winters v. Teledyne,* 776 F.2d 1304, 1306 (5th Cir.1985) and 4A C. Wright & A. Miller, *Federal Practice and Procedure:* 1165 (2d ed. 1987)). Here, plaintiff avers to unsuccessfully attempting service of process on several occasions. Rec. Doc. 7 at 1-2. However, "[n]ow that Plaintiff's counsel has located Defendant Arbizzani's home address, undersigned is currently in the process of completing long-arm service at Defendant's home address." *Id.* at 2. Accordingly,

1

**IT IS ORDERED** that the motion is **GRANTED**. Plaintiff M. Claudia Garofalo shall serve the Complaint and Summons, and file into the record the return of service of process that has been affected on defendant L. John Arbizzani **no later than Thursday, March 3, 2023**. Failure to do so may result in the dismissal of the unserved defendant.

New Orleans, Louisiana this 3rd day of January, 2023

_____
SENIOR UNITED STATES DISTRICT JUDGE